(INND Rev. 8/16)

-FILED-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

SEP 26 2019

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

La Sundra Norman
[You are the PLAINTIFF, print your full name on this line.]

v.

Nipsco
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:19CV365
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] <br><br> NiPSCO | 3229 Broadway <br> Gary IN 46409 |
| 2 | [Put the names of any other defendants in these boxes.] <br><br> American Water | 650 Madison St <br> Gary In 46402 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2
2. What is your address? 3760 Sandusky Street hobart Indiana 46342
3. What is your telephone number: (731) 267-9008
4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## COMPLAINT

Lasandra Norman, hereby file with this Federal Court a **CLASS ACTION** pursuant to Indiana rules of law pertaining to this matter without citing case law in this initial Complaint. Lasandra Norman, being a **forced** stakeholder/ customer to *Nipsco* and *American water* refuse to give either one of these companies a percentage of my monthly income any longer. Why? Because , as long as I'm paying my bill on time, and in full like I have for more than ten years, both companies send me out another **BILL** amount owed DUE *29 days later, once a month*. Its never enough *MONEY* for these two sorry companies, they are causing unnecessary stress to my well being. Both of these companies are on the *Forbes* list, because they have been taking advantage of northwest Indiana customers, mainly Gary Indiana stakeholders which is prominently black people .

If we happen to lose our jobs, or have an inability to pay, they in turn start sending threatening letters with specific dates and times on when they will violate my privacy rights by turning my utilities off from the streets. I added the citizens of **Gary Indiana** to this complaint because, I know they are being swindled by both these companies as well I am. And the neighborhoods in Gary are scary to walk through at night because of the blocks and blocks of abandoned houses. Neighborhoods neither company try to fix up and clean up. Collecting money from the bills they send to their customers every month are their ONLY concern.

The bills can start to go up very fast, and this has caused worry , pain and strife for millions of customers in northwest Indiana, including elderly people on a fixed income. Most people here pay nipsco, and American water before buying food to eat on the first of the month. In some instances nipsco collect up to 30% of a households income for gas and lights,a basic human necessity ( a need). NOW, I am refusing to give my money to these two companies any longer, I would rather pay the government for water, gas, and lights. We are asking that all disconnections scheduled for *Nipsco* and *American water* be suspended, also the billing be suspended as well until the duration of this case.

Also, both companies are responsible for the regular up keep /maintenance for the stakeholders neighborhoods as usual. Every stakeholder is demanding both companies give us **full refunds** of the money paid into our accounts, no matter how long the customer has been **forced** to pay for the basic essentials we need to live life. *Nipsco h*as taken advantage of Government agencies that assist in helping the unfortunate customers pay their bills. This money hungry company will take money from anywhere, as long as they get theirs. If Nipsco and American water don't get their money each month,

they are OK with leaving families in the dark and without lights and heat to stay warm. Finally, *American water* has illegally turned the water pressure down in my house because of a $60.00 bill, water supply to the toilet would barely flush now. And for the above reason, both utility companies are being sued.

Respectfully Submitted, Lasandra Norman.

(INND Rev. 8/16)                                                                                                                       page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Complaint attached

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?
- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Full Refund of all the money Paid to both Companies
Pain and Suffering
Relief for threatening to disconnect.
All filing fees Paid by both companies.

**FILING FEE** – Are you paying the filing fee?
- ◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

L.N   I will keep a copy of this complaint for my records.
L.N   I will promptly notify the court of any change of address.
L.N   I declare **under penalty of perjury** that the statements in this complaint are true.

_Lasundra Norman._____      _____
Signature                                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]