UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LASUNDRA NORMAN a/k/a LASANDRA NORMAN<br>Plaintiff(s)<br>V.<br>NIPSCO and AMERICAN WATER<br>Defendant(s) | Civil Action No. 2:19 CV 365 TLS-JEM |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   This case is DISMISSED for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by   Chief Judge Theresa L. Springmann.

Date _____February 07, 2020_____

CLERK OF COURT

___/s/Robert N Trgovich (kjp)___

*Signature of Clerk or Deputy Clerk*